**Opinion issued December 4, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00453-CV

————————————

**IRIS WILLIAMS, Appellant**

**V.**

**WELLS FARGO HOME MORTGAGE, INC., Appellee**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 12-DCV-196050**

---

## MEMORANDUM OPINION

Appellant, Iris Williams, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary

dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.